**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept. 16, 2021
```

Evelina Calcano, *On Behalf of Herself and All Other Persons Similarly Situated*,

                 **Plaintiff,**

           v.

Reason Brand, Inc.,

                 **Defendant.**

1:21-cv-7149-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled (ECF No. 7), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 45 (forty-five) days.

**SO ORDERED.**

Sept. 16, 2021
New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**